MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:  CORNELIA ANN PARKER

Case No.: 24-02369 JAW

_____
*Debtor(s)*

Chapter: 13

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
KEESLER FEDERAL CREDIT UNION _____, a
[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

| |
|---|
| |

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 08/06/2026

/S/ROBERT ALAN BYRD _____
Attorney Signature

ROBERT ALAN BYRD _____      7651 _____
Attorney Name                State Bar Number
PO DRAWER 1939 _____
Address
BILOXI, MS  39533 _____
City, State, and Zip Code
228-432-8123 _____    rab@byrdwiser.com _____
Telephone Number        Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**